IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 19-05039-01-CR-SW-MDH |
|---|---|
| Plaintiff, | 18 U.S.C. § 656 |
| v. | (Embezzlement by Bank Employee) |
|  | NMT 30 Years Imprisonment |
| **ELISHA MARIE STUKESBARY**, | NMT $1,000,000 Fine |
| [DOB: 11/09/1981] | NMT 5 Years Supervised Release |
|  | Class B Felony |
| Defendant. |  |
|  | **FORFEITURE ALLEGATION:** |
|  | 18 U.S.C. § 982(a)(2); 18 U.S.C. § 656 |
|  | Mandatory Restitution |
|  | $100 Mandatory Special Assessment |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or between December 3, 2018, and December 15, 2018, in Jasper County, in the Western District of Missouri, and elsewhere, the defendant, **ELISHA MARIE STUKESBARY**, being an employee and branch manager of U.S. Bank, in Carthage, Missouri, an insured bank in that its deposits were insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud The Cornerstone Bank, willfully misapplied, or embezzled, abstracted, or purloined the sum of approximately $35,000 of the moneys, funds, assets, or securities intrusted to the custody or care of U.S. Bank, in that the defendant stole said moneys from U.S. Bank and converted or attempted to convert said moneys for her own use, without the authorization of U.S. Bank, all in violation of Title 18, United States Code, Section 656.

1

## FORFEITURE ALLEGATION

The United States Attorney re-alleges and incorporates by reference the allegations set forth above and the charge set out in this Information for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2), and 656.

As a result of the offense alleged in this Information, and pursuant to Title 18, United States Code, Section 982(a)(2), the defendant, **ELISHA MARIE STUKESBARY**, shall forfeit to the United States all property, real and personal, constituting, or derived from, proceeds traceable to the offense, directly or indirectly, as a result of the violation of law set out in this Information, including, but not limited to the following property:

### Money Judgment and Other Property Traceable to the Offense

Not less than approximately $35,000.00, in United States currency, and all interest and proceeds traceable thereto, and a money judgment therefore, representing the proceeds obtained by the defendant, **ELISHA MARIE STUKESBARY**, in that the sum in aggregate, constitutes or is derived from proceeds traceable to the offense set forth above.

### Substitute Assets

If any of the property described in the above paragraph, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred to, sold to, or deposited with a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; and/or

2

Case 3:19-cr-05039-MDH   Document 4   Filed 08/13/19   Page 2 of 3

e. has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), which is incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant not less than the value of the property described above, or elsewhere, as being subject to forfeiture.

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney

/s/ Patrick Carney
PATRICK CARNEY
Assistant United States Attorney

DATED: 8/13/2019
Springfield, Missouri

3

Case 3:19-cr-05039-MDH   Document 4   Filed 08/13/19   Page 3 of 3